# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | | |
|---|---|---|---|
| SCOTTY BOLDON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:16-CV-441-TWP-HBG |
| | ) | | |
| CLAIBORNE COUNTY DETENTION CENTER, DR. ROSE, LARRY MARTIN, WAYNE LEE RHEA, and NURSE TERESA COFFEY, | ) ) ) ) | | |
| | ) | | |
| Defendants. | ) | | |

## MEMORANDUM OPINION

This *pro se* prisoner's civil rights action under 42 U.S.C. § 1983 was filed on June 27, 2016 [Doc. 2]. On September 19, 2017, the Court entered a Memorandum and Order, screening the complaint to determine whether, *inter alia*, the pleading failed to state a claim which would entitle Plaintiff to relief under § 1983 [Doc. 7]. The Court found that the complaint, as pled, failed to state a claim, but that it might state a claim if Plaintiff amended certain allegations [*Id.*]. Thus, the Court allowed Plaintiff 30 days from that date to amend those allegations [*Id.*].

More than 30 days have passed, and Plaintiff has failed to amend his complaint or otherwise respond to the Court's order. Therefore, this case will be **DISMISSED** for failure to state a claim for relief, 28 U.S.C. § 1915(e)(2), and for Plaintiff's failure to prosecute and to comply with the orders of this Court, Fed. R. Civ. P. 41(b).

**AN APPROPRIATE JUDGMENT ORDER WILL ENTER.**

s/Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE